**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04072 |
| | § | |
| GABRIEL GALINDO | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/01/2011. The undersigned trustee was appointed on 02/01/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                    $5,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $4.81 |
    | Bank service fees | $54.36 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $4,940.83 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/17/2011 and the deadline for filing government claims was 09/17/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,250.00, for a total compensation of $1,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/26/2012               By:   /s/ Horace Fox, Jr.
                                     Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 11-04072 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GALINDO, GABRIEL | | Date Filed (f) or Converted (c): | 02/01/2011 (f) |
| For the Period Ending: | 6/26/2012 | | §341(a) Meeting Date: | 03/16/2011 |
| | | | Claims Bar Date: | 09/17/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Cash on hand | $400.00 | $0.00 | DA | $0.00 | FA |
| 2  Banco Popular checking account (levy pending) | $138.00 | $138.00 | DA | $0.00 | FA |
| 3  PNC Checking account | $122.71 | $0.00 | DA | $0.00 | FA |
| 4  Furniture | $1,500.00 | $1,500.00 | DA | $0.00 | FA |
| 5  VCSP/CollegeAmerica | $532.81 | $0.00 | DA | $0.00 | FA |
| 6  VCSP/CollegeAmerica | $2,547.33 | $0.00 | DA | $0.00 | FA |
| 7  2001 Toyota Tundra 88,400 miles, fair condition | $7,025.00 | $2,500.00 | | $1,500.00 | FA |
| **Asset Notes:** Significant body work is basis fro reduction from 7500.00 as indicated on the Car Max appraisal. | | | | | |
| 8  2003 Jeep Wrangler 76,227 miles, fair condition | $10,250.00 | $4,372.71 | | $3,500.00 | FA |
| **TOTALS (Excluding unknown value)** | $22,515.85 | $8,510.71 | | $5,000.00 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

| 08/12/2011 | Accepted $5,000.00/6614.00 |
|---|---|
| 08/15/2011 | Debtor suggests Carmax values of 9000.00 for the 03 Jeep Wrangler NADA (9,000) and 2500 for a 2001 Toyoto Tundra ( SRS 8 cylinder, extended cab) (NADA suggests 7500.00for same model. 8.15.11  See debtor counter offer of same date.  Counsel thought there was a lien not scheduled, mentioned nothing of such lien in courter offer.  If NADA correct, offer needs tobe increased by 5,000.  Tundra has significant body work needed and is not worth 7500.00.  Is worth closer to the 2500.00 figure.  Accept 5000.00  offer. 8.17.11 |
| 08/17/2011 | Claims bar date 9.12.11 IRS 74K claim prority and us non priority  claim 10k. Mailed letter to IRS indicating probable asset case, $5,000.00. |
| 11/05/2011 | Approve settlment.

All funds in, examine claims, determine whether taxes are necessary. 2.10.12

Motion to approve re set to 3.13.12 |
| 03/13/2012 | Galindo  motion to approve 682, granted. 3.13.12

Send forms 1 and 2 to accountant for tax return preparation.  4.17.12 |

Case 11-04072    Doc 43    Filed 07/26/12    Entered 07/26/12 13:59:44    Desc Main
Document    Page 4 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2     Exhibit A

| **Case No.:** | 11-04072 | | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | GALINDO, GABRIEL | | | **Date Filed (f) or Converted (c):** | 02/01/2011 (f) |
| **For the Period Ending:** | 6/26/2012 | | | **§341(a) Meeting Date:** | 03/16/2011 |
| | | | | **Claims Bar Date:** | 09/17/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.**<br>**DA=§ 554(c) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   09/30/2011          **Current Projected Date Of Final Report (TFR):**   06/30/2012          /s/ HORACE FOX, JR.

HORACE FOX, JR.

**FORM 2** Page No: 1 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04072 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GALINDO, GABRIEL | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9501 | | Checking Acct #: | ******7201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/1/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/06/2011 | (8) | Gabriel Galiendo | Equity payment for Jeep wrangler | 1110-000 | $1,000.00 | | $1,000.00 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.35 | $998.65 |
| 10/03/2011 | (8) | Gabriel Galindo | Equity payment for Jeep wrangler | 1110-000 | $1,000.00 | | $1,998.65 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.91 | $1,995.74 |
| 11/01/2011 | (8) | Gabriel Galindo | Equity payment for Jeep wrangler | 1110-000 | $1,000.00 | | $2,995.74 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.57 | $2,991.17 |
| 12/01/2011 | | Gabriel Galindo | Equity payment for Jeep wrangler and 2001 Toyota Tundra $500 each | * | $1,000.00 | | $3,991.17 |
| | {7} | | $500.00 | 1110-000 | | | $3,991.17 |
| | {8} | | $500.00 | 1110-000 | | | $3,991.17 |
| 12/28/2011 | (7) | Gabriel Galindo | Equity payment for Toyota Tundra | 1110-000 | $1,000.00 | | $4,991.17 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.38 | $4,984.79 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.93 | $4,976.86 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $4.81 | $4,972.05 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.50 | $4,964.55 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.26 | $4,956.29 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.48 | $4,948.81 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.98 | $4,940.83 |

**SUBTOTALS** $5,000.00 $59.17

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04072 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | GALINDO, GABRIEL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9501 | Checking Acct #: | ******7201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/1/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $5,000.00 | $59.17 | $4,940.83 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $5,000.00 | $59.17 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $5,000.00 | $59.17 | |

**For the period of 2/1/2011 to 6/26/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $59.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $59.17 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/06/2011 to 6/26/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $59.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $59.17 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04072 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | GALINDO, GABRIEL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9501 | Checking Acct #: | ******7201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/1/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $5,000.00 | $59.17 | $4,940.83 |

**For the period of 2/1/2011 to 6/26/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $59.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $59.17 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/01/2011 to 6/26/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $59.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $59.17 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

# CLAIM ANALYSIS REPORT

| Case No.: | 11-04072 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GALINDO, GABRIEL | | | Date: | 6/26/2012 |
| Claims Bar Date: | 09/17/2011 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX  6 East Monroe, 1004  Chicago IL 60603 | 09/10/2011 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,250.00 | $1,250.00 | $0.00 | $0.00 | $0.00 | $1,250.00 |
| | BRUCE DE 'MEDICI  834 Forest  Oak Park IL | 02/25/2012 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $3,230.00 | $3,230.00 | $0.00 | $0.00 | $0.00 | $3,230.00 |
| 1 | DEPARTMENT OF THE TREASURY-  Internal Revenue Service  P.O. Box 7346  Philadelphia PA 191017346 | 06/28/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $74,135.15 | $74,135.15 | $0.00 | $0.00 | $0.00 | $74,135.15 |
| 1a | DEPARTMENT OF THE TREASURY-  Internal Revenue Service  P.O. Box 7346  Philadelphia PA 191017346 | 06/28/2011 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $74,396.24 | $74,396.24 | $0.00 | $0.00 | $0.00 | $74,396.24 |
| 2 | LAW OFFICES OF JEFFERY M LEVING, LTD  19 S LaSalle St Suite 450  Chicago IL 60603 | 07/28/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $101,283.20 | $101,283.20 | $0.00 | $0.00 | $0.00 | $101,283.20 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR  Asset Acceptance as assignee of Att  PO Box 248838  Oklahoma City OK 731248838 | 08/30/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $85.33 | $85.33 | $0.00 | $0.00 | $0.00 | $85.33 |
| 4 | THE CONDON GROUP, LTD.  c/o Kenneth J. Donkel  7220 W. 194th Street, Suite 105  Tinley Park IL 60487 | 09/07/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,203.84 | $6,203.84 | $0.00 | $0.00 | $0.00 | $6,203.84 |

CLAIM ANALYSIS REPORT

| Case No. | 11-04072 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | GALINDO, GABRIEL | | | Date: | 6/26/2012 |
| Claims Bar Date: | 09/17/2011 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $260,583.76 | $260,583.76 | $0.00 | $0.00 | $0.00 | $260,583.76 |

CLAIM ANALYSIS REPORT                                              Page No: 3          Exhibit C

| Case No. | 11-04072 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | GALINDO, GABRIEL | Date: | 6/26/2012 |
| Claims Bar Date: | 09/17/2011 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| Attorney for Trustee Fees (Other Firm) | $3,230.00 | $3,230.00 | $0.00 | $0.00 | $0.00 | $3,230.00 |
| Claims of Governmental Units - 507( | $74,396.24 | $74,396.24 | $0.00 | $0.00 | $0.00 | $74,396.24 |
| General Unsecured 726(a)(2) | $181,707.52 | $181,707.52 | $0.00 | $0.00 | $0.00 | $181,707.52 |
| Trustee Compensation | $1,250.00 | $1,250.00 | $0.00 | $0.00 | $0.00 | $1,250.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:    11-04072
Case Name:    GABRIEL GALINDO
Trustee Name:    Horace Fox, Jr.

Balance on hand:    $4,940.83

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:    $0.00
Remaining balance:    $4,940.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| Horace Fox, Trustee Fees | $1,250.00 | $0.00 | $1,250.00 |
| Bruce de 'Medici, Attorney for Trustee Fees | $3,230.00 | $0.00 | $3,230.00 |

Total to be paid for chapter 7 administrative expenses:    $4,480.00
Remaining balance:    $460.83

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:    $460.83

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $74,396.24 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| **Claim No.** | **Claimant** | **Allowed Amt. of Claim** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---:|---:|---:|
| 1a | Department of the Treasury- | $74,396.24 | $0.00 | $460.83 |

|                                        |          |
|----------------------------------------|---------:|
| Total to be paid to priority claims:   | $460.83  |
| Remaining balance:                     | $0.00    |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $181,707.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Department of the Treasury- | $74,135.15 | $0.00 | $0.00 |
| 2 | Law Offices Of Jeffery M Leving, LTD | $101,283.20 | $0.00 | $0.00 |
| 3 | American InfoSource LP as agent for | $85.33 | $0.00 | $0.00 |
| 4 | The Condon Group, Ltd. | $6,203.84 | $0.00 | $0.00 |

|                                        |          |
|----------------------------------------|---------:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance:                     | $0.00    |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|                                        |          |
|----------------------------------------|---------:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance:                     | $0.00    |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|                                        |          |
|----------------------------------------|---------:|
| Total to be paid for subordinated claims: | $0.00 |

Remaining balance: $0.00