# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-04072 |
| | § | |
| GABRIEL GALINDO | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 s Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held on 8/30/2012 at 10:30 a.m, in Courtroom 682, 219 South Dearborn of the United States Courthouse,. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  7/26/2012                    By: /s/ Horace Fox, Jr.
                                                (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04072 |
| | § | |
| GABRIEL GALINDO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $5,000.00
*and approved disbursements of*     $59.17
*leaving a balance on hand of[1]:*     $4,940.83

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $4,940.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Trustee Fees | $1,250.00 | $0.00 | $1,250.00 |
| Bruce de 'Medici, Attorney for Trustee Fees | $3,230.00 | $0.00 | $3,230.00 |

Total to be paid for chapter 7 administrative expenses:     $4,480.00
Remaining balance:     $460.83

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $460.83 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $74,396.24 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1a | Department of the Treasury- | $74,396.24 | $0.00 | $460.83 |

| | Total to be paid to priority claims: | $460.83 |
|---|---|---|
| | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $181,707.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Department of the Treasury- | $74,135.15 | $0.00 | $0.00 |
| 2 | Law Offices Of Jeffery M Leving, LTD | $101,283.20 | $0.00 | $0.00 |
| 3 | American InfoSource LP as agent for | $85.33 | $0.00 | $0.00 |
| 4 | The Condon Group, Ltd. | $6,203.84 | $0.00 | $0.00 |

| | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

**UST-Form 101-7-NFR (5/1/2011)**

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Horace Fox, Jr.
Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 11-04072-JBS
Gabriel Galindo                                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers              Page 1 of 2              Date Rcvd: Jul 27, 2012
                              Form ID: pdf006          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2012.
```
db         +Gabriel Galindo,   411 W Ontario #403,   Chicago, IL 60654-6959
16752435   +Banco Popular,   9600 W. Bryn Mawr,   Rosemont, IL 60018-5221
16752436   +Berkley Net Underwriters,   PO Box 535080,   Atlanta, GA 30353-5080
16752437   +Cathy Galindo,   C/O Abbey M. Botkin, Esq,   111 W. Washington, Ste. 1401,
             Chicago, IL 60602-3450
16752438   +Cbe Group,   131 Tower Park Dri Po Box 900,   Waterloo, IA 50704-0900
16752439   +Freedman Anselmo Lindberg LLC,   Po Box 3228,   Naperville, IL 60566-3228
16752432   +Galindo Gabriel,   411 W Ontario #403,   Chicago, IL 60654-6959
16752441    Internal Revenue Service,   CCP-LU H. Jimenez,   STOP 5501,   Los Angeles, CA  90012
16752442   +Jefferson Capital System,   16 Mcleland Rd,   Saint Cloud, MN 56303-2198
16752433   #+Jeffrey Collins Attorney,   1251 N Plum Grove Rd Suite 160,   Schaumburg, IL 60173-5603
16752444   +Kenneth J Donkel,   7220 W 194th St #105,   Tinley Park, IL 60487-9228
16752445   +Law Offices Of Jeffery M Leving, LTD,   19 S LaSalle St Suite 450,   Chicago, IL 60603-1490
17768249   +The Condon Group, Ltd.,    c/o Kenneth J. Donkel,   7220 W. 194th Street, Suite 105,
             Tinley Park, IL 60487-9228
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17731838    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2012 07:11:30
             American InfoSource LP as agent for,   Asset Acceptance as assignee of,   Att,   PO Box 248838,
             Oklahoma City, OK  73124-8838
16752434   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 28 2012 03:09:51      Asset Acceptance Llc,
             Po Box 2036,   Warren, MI 48090-2036
16752440    E-mail/Text: cio.bncmail@irs.gov Jul 28 2012 03:08:06       Department of the Treasury-,
             Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
16752443   +E-mail/Text: BK.Notifications@jpmchase.com Jul 28 2012 03:09:43      JP Morgan Chase,
             900 Stewart Ave Fl3,   Garden City, NY 11530-4855
16752446   +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Jul 28 2012 03:12:32
             State Farm Insurance,   2702 Ireland Grove Rd,   Bloomington, IL 61709-0002
                                                                                            TOTAL: 5
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: mmyers              Page 2 of 2           Date Rcvd: Jul 27, 2012
                              Form ID: pdf006           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2012 at the address(es) listed below:

          Bruce E de'Medici    on behalf of Trustee Horace Fox bdemedici@gmail.com
          Darren L Besic    on behalf of Creditor   JP Morgan Chase Bank, N.A. dbesic@aol.com, nancy@dbesiclaw.com
          Horace Fox    foxhorace@aol.com, hf@trustesolutions.net;hf@trustesolutions.com
          Jeffrey  Collins    on behalf of Debtor Gabriel Galindo JCollins@JonesCollins.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

          TOTAL: 5