**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

In re: § Case No. 11-04072
§
GABRIEL GALINDO §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $1,638.00 | Assets Exempt: | $9,480.14 |
| Total Distributions to Claimants: | $460.83 | Claims Discharged Without Payment: | $457,558.38 |
| Total Expenses of Administration: | $4,539.17 | | |

3) Total gross receipts of $5,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

Case 11-04072    Doc 53    Filed 10/15/12    Entered 10/15/12 15:03:33    Desc Main
Document    Page 2 of 9

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $4,539.17 | $4,539.17 | $4,539.17 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $90,652.05 | $74,396.24 | $74,396.24 | $460.83 |
| General Unsecured Claims (from **Exhibit 7**) | $218,426.58 | $181,707.52 | $181,707.52 | $0.00 |
| **Total Disbursements** | $309,078.63 | $260,642.93 | $260,642.93 | $5,000.00 |

4). This case was originally filed under chapter 7 on 02/01/2011. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/09/2012      By:   /s/ Horace Fox, Jr.
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2001 Toyota Tundra 88,400 miles, fair condition | 1110-000 | $1,500.00 |
| 2003 Jeep Wrangler 76,227 miles, fair condition | 1110-000 | $3,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

## EXHIBIT 3 – SECURED CLAIMS

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Trustee | 2100-000 | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| International Sureties, Ltd. | 2300-000 | NA | $4.81 | $4.81 | $4.81 |
| Green Bank | 2600-000 | NA | $54.36 | $54.36 | $54.36 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $3,230.00 | $3,230.00 | $3,230.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,539.17 | $4,539.17 | $4,539.17 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Department of the Treasury- | 5800-000 | NA | $74,396.24 | $74,396.24 | $460.83 |
| | Cathy Galindo | 5800-000 | $32,867.00 | NA | NA | $0.00 |
| | Internal Revenue Service | 5800-000 | $13,193.40 | NA | NA | $0.00 |
| | Internal Revenue Service | 5800-000 | $44,264.10 | NA | NA | $0.00 |
| | Internal Revenue Service | 5800-000 | $327.55 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $90,652.05 | $74,396.24 | $74,396.24 | $460.83 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department of the Treasury- | 7100-000 | NA | $74,135.15 | $74,135.15 | $0.00 |
| 2 | Law Offices Of Jeffery M Leving, LTD | 7100-000 | $107,163.18 | $101,283.20 | $101,283.20 | $0.00 |
| 3 | American InfoSource LP as agent for | 7100-000 | NA | $85.33 | $85.33 | $0.00 |
| 4 | The Condon Group, Ltd. | 7100-000 | NA | $6,203.84 | $6,203.84 | $0.00 |
| | Asset Acceptance Llc | 7100-000 | $85.00 | NA | NA | $0.00 |
| | Banco Popular | 7100-000 | $8,185.10 | NA | NA | $0.00 |
| | Berkley Net Underwriters | 7100-000 | $11,415.00 | NA | NA | $0.00 |
| | Cbe Group | 7100-000 | $101.00 | NA | NA | $0.00 |
| | Internal Revenue Service | 7100-000 | $43,739.00 | NA | NA | $0.00 |
| | Internal Revenue Service | 7100-000 | $34,853.30 | NA | NA | $0.00 |
| | Jefferson Capital System | 7100-000 | $8,973.00 | NA | NA | $0.00 |
| | State Farm Insurance | 7100-000 | $3,912.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $218,426.58 | $181,707.52 | $181,707.52 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1 Exhibit 8

| Case No.: | 11-04072 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | GALINDO, GABRIEL | | | Date Filed (f) or Converted (c): | 02/01/2011 (f) |
| For the Period Ending: | 10/9/2012 | | | §341(a) Meeting Date: | 03/16/2011 |
| | | | | Claims Bar Date: | 09/17/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Cash on hand | $400.00 | $0.00 | | $0.00 | FA |
| 2  Banco Popular checking account (levy pending) | $138.00 | $138.00 | | $0.00 | FA |
| 3  PNC Checking account | $122.71 | $0.00 | | $0.00 | FA |
| 4  Furniture | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 5  VCSP/CollegeAmerica | $532.81 | $0.00 | | $0.00 | FA |
| 6  VCSP/CollegeAmerica | $2,547.33 | $0.00 | | $0.00 | FA |
| 7  2001 Toyota Tundra 88,400 miles, fair condition | $7,025.00 | $2,500.00 | | $1,500.00 | FA |
| **Asset Notes:** Significant body work is basis fro reduction from 7500.00 as indicated on the Car Max appraisal. | | | | | |
| 8  2003 Jeep Wrangler 76,227 miles, fair condition | $10,250.00 | $4,372.71 | | $3,500.00 | FA |

**TOTALS (Excluding unknown value)**   $22,515.85   $8,510.71   $5,000.00   **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

08/12/2011  Accepted $5,000.00/6614.00

08/15/2011  Debtor suggests Carmax values of 9000.00 for the 03 Jeep Wrangler NADA (9,000) and 2500 for a 2001 Toyoto Tundra ( SRS 8 cylinder, extended cab) (NADA suggests 7500.00for same model. 8.15.11  See debtor counter offer of same date.  Counsel thought there was a lien not scheduled, mentioned nothing of such lien in courter offer.  If NADA correct, offer needs tobe increased by 5,000.  Tundra has significant body work needed and is not worth 7500.00.  Is worth closer to the 2500.00 figure.  Accept 5000.00  offer. 8.17.11

08/17/2011  Claims bar date 9.12.11 IRS 74K claim prority and us non priority  claim 10k.  Mailed letter to IRS indicating probable asset case, $5,000.00.

11/05/2011  Approve settlment.

All funds in, examine claims, determine whether taxes are necessary. 2.10.12

Motion to approve re set to 3.13.12

03/13/2012  Galindo  motion to approve 682, granted. 3.13.12

Send forms 1 and 2 to accountant for tax return preparation.  4.17.12

Final report to UST 6.26.12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2  Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 11-04072 | **Trustee Name:** Horace Fox, Jr. |
| **Case Name:** | GALINDO, GABRIEL | **Date Filed (f) or Converted (c):** 02/01/2011 (f) |
| **For the Period Ending:** | 10/9/2012 | **§341(a) Meeting Date:** 03/16/2011 |
| | | **Claims Bar Date:** 09/17/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 09/30/2011   **Current Projected Date Of Final Report (TFR):** 06/30/2012

/s/ HORACE FOX, JR.
HORACE FOX, JR.

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04072 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | GALINDO, GABRIEL | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9501 | | Checking Acct #: | ******7201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/1/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/9/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/06/2011 | (8) | Gabriel Galiendo | Equity payment for Jeep wrangler | 1110-000 | $1,000.00 | | $1,000.00 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.35 | $998.65 |
| 10/03/2011 | (8) | Gabriel Galindo | Equity payment for Jeep wrangler | 1110-000 | $1,000.00 | | $1,998.65 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.91 | $1,995.74 |
| 11/01/2011 | (8) | Gabriel Galindo | Equity payment for Jeep wrangler | 1110-000 | $1,000.00 | | $2,995.74 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.57 | $2,991.17 |
| 12/01/2011 | | Gabriel Galindo | Equity payment for Jeep wrangler and 2001 Toyota Tundra $500 each | * | $1,000.00 | | $3,991.17 |
| | {7} | | $500.00 | 1110-000 | | | $3,991.17 |
| | {8} | | $500.00 | 1110-000 | | | $3,991.17 |
| 12/28/2011 | (7) | Gabriel Galindo | Equity payment for Toyota Tundra | 1110-000 | $1,000.00 | | $4,991.17 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.38 | $4,984.79 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.93 | $4,976.86 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $4.81 | $4,972.05 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.50 | $4,964.55 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.26 | $4,956.29 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.48 | $4,948.81 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.98 | $4,940.83 |
| 08/31/2012 | 5002 | Horace Fox | Trustee Compensation | 2100-000 | | $1,250.00 | $3,690.83 |
| 08/31/2012 | 5003 | Bruce de 'Medici | Final   Dividend: 65.37; Amount Allowed: 3,230.00; | 3210-000 | | $3,230.00 | $460.83 |
| 08/31/2012 | 5004 | Department of the Treasury- | Final  Claim #: 1; Dividend: 9.32; Amount Allowed: 74,396.24; | 5800-000 | | $460.83 | $0.00 |

|  |  |  | **SUBTOTALS** | | $5,000.00 | $5,000.00 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-04072 | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- |
| Case Name: | GALINDO, GABRIEL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9501 | Checking Acct #: | ******7201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/1/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/9/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $5,000.00 | $5,000.00 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $5,000.00 | $5,000.00 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $5,000.00 | $5,000.00 | |

**For the period of 2/1/2011 to 10/9/2012**

| | |
| --- | --- |
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/06/2011 to 10/9/2012**

| | |
| --- | --- |
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-04072 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | GALINDO, GABRIEL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9501 | Checking Acct #: | ******7201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/1/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/9/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $5,000.00 | $5,000.00 | $0.00 |

**For the period of 2/1/2011 to 10/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/01/2011 to 10/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.